BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S 09-502 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO RESET BRIEFING AND HEARING SCHEDULE |
| LUIS FERNANDO NAVARRO, ) | |
| Defendant. ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Luis Fernando Navarro, through his counsel, Steve Escovar, stipulate and agree to the following revised briefing schedule regarding the defendant's pending motion to dismiss, or in the alternative to suppress evidence, which is currently set for a non-evidentiary hearing on June 4, 2010, at 9:00 a.m.

The defendant has raised an issue that will require the government to martial a fair amount of statistical data and other information. The government estimates that it will take about eight weeks to gather the information and two weeks to prepare its

1

response.  The parties have agreed to the following revised schedule:

    1.    Government's opposition to the motion shall be filed no later than July 23, 2010;

    2.    Defendant's reply, if any, shall be filed no later than September 3, 2010; and

    3.    Non-evidentiary hearing on the motion will be held on October 1, 2010, at 9:00 a.m.

For the reasons stated above, the parties ask the Court to set a new briefing schedule.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 13, 2010        By: /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

DATED: May 13, 2010        By: /s/ Steve Escovar
                                  STEVE ESCOVAR
                                  Attorney for Defendant

**ORDER**

For the reasons set forth above, IT IS SO ORDERED

Dated:  May 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge