1   BENJAMIN B. WAGNER
    United States Attorney
2   MICHAEL M. BECKWITH
    Assistant U.S. Attorney
3   501 I Street, Ste 10-100
    Sacramento, CA 95814
4   Telephone (916) 554-2797

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA        ) CR. NO. S 09-502 GEB
                                    )
12                 Plaintiff,       )
                                    ) STIPULATION AND [PROPOSED] ORDER
13         v.                       ) TO RESET BRIEFING AND HEARING
                                    ) SCHEDULE
14  LUIS FERNANDO NAVARRO           )
                                    )
15                 Defendant.       )
                                    )
16  _____ )

17      The United States of America, through its counsels of record,

18  Benjamin B. Wagner, United States Attorney for the Eastern District

19  of California, and Michael M. Beckwith, Assistant United States

20  Attorney, and defendant Luis Fernando Navarro, through his counsel,

21  Steve Escovar, stipulate and agree to the following revised briefing

22  schedule regarding the defendant's pending motion to dismiss, or in

23  the alternative to suppress evidence, which is currently set for a

24  non-evidentiary hearing on October 1, 2010, at 9:00 a.m.

25      The defendant raised an issue that required the government to

26  martial a fair amount of statistical data and other information.

27  The government estimated that it would take about eight weeks to

28  gather the information and two weeks to prepare its response. That

                                   1

estimate was somewhat overly aggressive.  The parties have agreed to the following revised schedule:

1.   Government's opposition to the motion is now due no later than July 30, 2010;

2.   Defendant's reply, if any, shall be filed no later than September 3, 2010; and

3.   Non-evidentiary hearing on the motion will be held on October 1, 2010, at 9:00 a.m.

For the reasons stated above, the parties ask the Court to set a new briefing schedule.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: July 23, 2010              By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


DATED: July 23, 2010              By: /s/ Steve Escovar
                                        STEVE ESCOVAR
                                        Attorney for Defendant




                                **ORDER**

For the reasons set forth above, IT IS SO ORDERED

Dated:  July 23, 2010


                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge

2