```
STEVE ESCOVAR, Attorney at law
ESCOVAR & AVILA, LLP
State Bar Number: 174961
221 East Walnut Street, Suite 234
Pasadena, California 91101
Telephone: (626) 577-7700
Facsimile: (626) 577-7749
E-mail:    escovar@aol.com


Attorneys for Defendant
LUIS FERNANDO NAVARRO
```

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 09-00502-GEB |
| | ) | |
| | ) | **[proposed] ORDER CONTINUING** |
| | ) | **NON-EVIDENTIARY HEARING** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| LUIS F. NAVARRO, | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the non-evidentiary hearing will be continued from October 8, 2010 at 9:00 a.m. to November 5, 2010 at 9:00 a.m. and this time period is excludable under local rule T4.

IT IS SO ORDERED.

Dated: October 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge