# UNITED STATES DISTRICT COURT

for the

Eastern    District of    California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:   2:09CR00502 |
| | ) |
| LUIS FERNANDO NAVARRO | ) |
| | ) USM No:   18850-097 |
| Date of Original Judgment:        4/1/11 | ) |
| Date of Previous Amended Judgment: | ) Hannah LaBaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of _____121_____ months **is reduced to** _____120  months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 4/1/11 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:      10/16/15

_____
*Judge's signature*

Effective Date:      11/1/2015                    Garland E. Burrell, Jr.  U.S. District Judge
*(if different from order date)*                  *Printed name and title*