UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
Senior United States District Judge
Sacramento, California

                                    **RE:  Luis Fernando Navarro**
                                         Docket Number:  0972 2:09CR00502-001
                                         **PERMISSION TO TRAVEL**
                                         **OUTSIDE THE COUNTRY**

Your Honor:

Luis Fernando Navarro is requesting permission to travel to Tijuana, Mexico.  Luis Fernando Navarro is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On March 18, 2011, Luis Fernando Navarro was sentenced for the offense(s) of 21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Over 5000 Grams of Cocaine (Class A Felony).

**Sentence Imposed:**  121 months custody of the Bureau of Prisons; a 60-month term of Supervised Release; Mandatory UA; No firearms; DNA collection; and a $100 Special Assessment. Custody sentence reduced to 120 months on October 16, 2015.

**Dates and Mode of Travel:**  Dates of travel is to be approved by the probation officer.  The offender will be traveling via vehicle.

**Purpose:**  For the purpose of dental work completed.

**RE:    Luis Fernando Navarro
       Docket Number:  0972 2:09CR00502-001
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

Ronnie Preap
Supervising United States Probation Officer

Dated:   May 20, 2019
         Sacramento, California
         RP/sc

**REVIEWED BY:** _____ for _____
**Jack Roberson
Acting Chief United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved
**Dated:  May 21, 2019**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX